UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re | Chapter 7 |
| TAMARA ANN TELLO | Case No. 06-11856-JMD |
| Debtor | |
| OLGA L. BOGDANOV, CHAPTER 7 TRUSTEE OF TAMARA ANN TELLO | Adversary Proceeding No. 07-1046 |
| Plaintiff | |
| v. | |
| TAMARA ANN TELLO and T.D. BANKNORTH | |
| Defendants | |

## ORDER FOR TEMPORARY RESTRAINING ORDER

At Manchester in said district this 14th day of March, 2007, the Plaintiff's Motion for Temporary Restraining Order having been brought before me and good cause appearing to me therefore, it is hereby ORDERED that:

Tamara Ann Tello and T.D. Banknorth their agents, attorneys or any person acting in concert with them are hereby enjoined from conveying, assigning, transferring, pledging, encumbering, liquidating, receiving or dissipating any funds in the bank account held in the name of the debtor at T.D. Banknorth. This order shall expire on March 23, 2007.**

Entered as an Order of the Court  March 14, 2007, at 11:35 a.m.

/s/ J. Michael Deasy
HONORABLE J. MICHAEL DEASY
Bankruptcy Judge

** A hearing on the Motion for Preliminary Injunction (Doc. No. 5) shall be held on March 23, 2007 at 10:00 a.m. in the United States Bankruptcy Court for the District of New Hampshire, 1000 Elm Street, Manchester, NH, courtroom 1.

352480_1.DOC