UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: | Bk. No. 06-11856-MWV |
| | Chapter 7 |
| Tamara Ann Tello, | |
|         Debtor(s) | |
| | |
| Olga Bogdanov, Trustee, | |
|         Plaintiff(s) | |
| v. | Adv. No. 07-1046-MWV |
| | |
| Tamara Ann Tello, | |
| T.D. Banknorth, | |
|         Defendant(s) | |

### ORDER OF THE COURT

Hearing Date: **March 21, 2007**

Appeared: Atty. **Olga Bogdanov** for the Plaintiff(s)
Atty. **Grenville Clark** for the Defendant(s)

Nature of Proceeding: **MOTION FOR PRELIMINARY INJUNCTION filed by Plaintiff** (Court Doc. No. 5)

Outcome of Hearing: **Denied.  Findings and conclusions dictated at close of hearing incorporated by reference.**

IT IS SO ORDERED:

/s/ Mark W. Vaughn            3/21/07
Mark W. Vaughn               Date
Chief Judge